Argued and submitted January 30, affirmed April 24, petition for review denied August 26, 2003 (335 Or 655)

## STATE OF OREGON,
*Respondent,*

*v.*

## PATRICK JUSTIN AUSTIN,
*Appellant.*

## 00C54936; A114320

67 P3d 435

Susan F. Drake, Deputy Public Defender, argued the cause for appellant. On the brief were David E. Groom, Acting Executive Director, Office of Public Defense Services, and Andy Simrin, Senior Deputy Public Defender.

Laura S. Anderson, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Defendant was found guilty except for insanity of the crimes of attempted murder and first-degree burglary and received consecutive commitment terms to the Psychiatric Security Review Board (PSRB) totaling 40 years. This case presents the question of whether a total PSRB commitment term for multiple offenses, imposed pursuant to ORS 161.327(1), may equal the maximum sentence that a person found guilty except for insanity could otherwise have received for the offenses committed, including sentences imposed consecutively. We have decided that question adversely to defendant's position in *State v. Brooks*, 187 Or App 388, 67 P3d 426 (2003). In this case, unlike in *Brooks*, defendant does not challenge the adequacy of the trial court's findings in support of the commitment terms imposed. The trial court correctly imposed consecutive commitment terms under these circumstances.

Affirmed.